# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filers Names: __Howard Roberts Dev. Co., Inc.__   Atty Name (if applicable): __Andrew K. Mauthe__

Street Address: __7700 Irvine Center Dr.__   CA Bar No. (If applicable): __107255__
__Suite 800__
__Irvine, CA 92618__   Atty Fax No. (If applicable): __949-788-2903__

Filer's Telephone No.: __949-788-2902__

In re:

Howard Roberts Development
Company, Inc., a California
corporation,

Debtor

Case No.: __6:09-bk-24152-PC__

Chapter 7 ___  X 11 ___  13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?   Yes __X__   No ____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ___  B ___  C ___  D ___  E ___  F _X_  G ___  H ___  I ___  J ___

Statement of Social Security Number(s) ____   Statement of Financial Affairs ____

Statement of Intention ____   Other ____

**NOTE**: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, __James Didion__, the person(s) who subscribe to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: August 18, 2009

_[signature]_
Debtor Signature

_____
Co-Debtor Signature

**FOR COURT USE ONLY**

Form B6F (Official Form 6F) - (Rev. 12/07)                                                                 2007 USBC, Central District of California

| In re | Howard Roberts Development Company, Inc., a California corporation, | Debtor. | Case No.: 6:09-bk-24152-PC (If known) |

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 1808 <br> Verizon <br> P O Box 9688 <br> Mission Hills CA 91346 | | | | | | | $ 945.68 |
| Last four digits of ACCOUNT NO. 1585 <br> TrueBlue <br> P O Box 2910 <br> Tacoma, WA 98401 | | | | | | | $ 607.78 |
| Last four digits of ACCOUNT NO. 1900 <br> Insco Dico Group <br> P O Box 19725 <br> Irvine, CA 92623 | | | | | | | $2,766.00 |
| Last four digits of ACCOUNT NO. 1253 <br> US Bank <br> 9467 Milliken Ave. <br> Rancho Cucamongo, CA 91730-0000 | | | | | | | $172,837.90 |

_____ Continuation Sheets attached

Subtotal ➤ $ 177,155.78

Total
(Use only on last page of the completed Schedule F.) ➤ $ 177,155.78
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

InscoDico Group
P O Box 19725
Irvine, CA 92623

TrueBlue
P O Box 2910
Tacoma, WA 98401

US Bank
9467 Milliken Avenue
Rancho Cucamonga, CA 91730-0000

Verizon
p O Box 9688
Mission Hills, CA 91346