# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| Debtor(s) Name:<br><br>**Howard Roberts Development Company, Inc., a California corporation** | For Court Use Only<br><br>**FILED**<br><br>*November 3, 2009*<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY KXF DEPUTY CLERK |
|---|---|
| **Chapter:  7**<br><br>**Case Number:   6:09–bk–24152–PC** | # ORDER CLOSING CASE |

*Debtor is ineligible for a discharge pursuant to 11.U.S.C Section 727 (a)(8). Since it appears that no further matters are required that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged from his/her duties in this case, his/her bond is exonerated, and the case is closed.*

*Dated:  11/3/09*                                           *By Order of the United States Bankruptcy Court*


                                                            **Jon D. Ceretto**
                                                            *Clerk of Court*

12/ KXF